IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHNSON & JOHNSON and JANSSEN BIOTECH, INC., <br><br> Petitioners, <br><br> v. <br><br> EXPRESS SCRIPTS, INC., <br><br> Respondent. | Case No. _____ |

**JOHNSON & JOHNSON AND JANSSEN BIOTECH, INC.'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
<u>RESPONSIVE TO SUBPOENA</u>**

For the reasons set forth in the accompanying Opening Brief, Johnson & Johnson and Janssen Biotech, Inc. (together, "J&J") hereby move this Court to compel the production of documents responsive to its Rule 45 Subpoenas issued to nonparty Express Scripts, Inc. ("Motion") in connection with a lawsuit pending in the United States District Court for the Eastern District of Virginia entitled *Carefirst of Maryland, Inc. et al. v. Johnson & Johnson et al.*, Civil Action No. 2:23-cv-00629-JKW (E.D. Va.) (the "EDVA Action") and transfer this Motion to that jurisdiction, pursuant to Federal Rules of Civil Procedure 37 and 45.

| | |
|---|---|
| Dated: May 30, 2025 | Respectfully submitted, |
| | /s/ *Rebecca L. Butcher* |
| Christina Guerola Sarchio<br>Victoria King<br>DECHERT LLP<br>1900 K Street, NW<br>Washington, D.C. 20006<br>Tel.: (202) 261-3300<br>Fax: (202) 261-3333<br>christina.sarchio@dechert.com | Rebecca L. Butcher (#3816)<br>Jennifer L. Cree (#5919)<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE  19801<br>Tel.: (302) 467-4400<br>butcher@lrclaw.com<br>cree@lrclaw.com |
| Julia Chapman<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Tel: (215) 994-2060<br>Fax: (215) 994-2222 | |

*Counsel for Johnson & Johnson and Janssen Biotech, Inc.*