**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.,<br><br>  Plaintiffs,<br><br> v.<br><br> EXPRESS SCRIPTS, INC.,<br><br>  Defendant. | Case No. _____ |

**PROPOSED ORDER**

Upon consideration of Plaintiffs Johnson & Johnson and Janssen Biotech, Inc.'s (together, "J&J") motion to compel Express Scripts, Inc. to produce documents requested by J&J's subpoenas issued to Express Scripts, Inc. on November 15, 2024, and January 15, 2025 (the "Motion"), and to transfer this Motion to the Eastern District of Virginia, pursuant to Federal Rule of Civil Procedure 45:

IT IS HEREBY ORDERED:

1) that the Motion is transferred to the United States District Court for the Eastern District of Virginia; and

2) that if the Motion is not transferred then the Motion is GRANTED; and

3) that Express Scripts, Inc. is required to produce within fourteen (14) days of the entry of this order the documents requested in the Motion.

Date: June ___, 2025

_____
UNITED STATES DISTRICT COURT JUDGE